UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
PORTLAND DIVISION

---------------------------------------------------------------X
UNITED STATES OF AMERICA            :   Criminal No. 2:17-cr-117-NT
                                    :
v.                                  :
                                    :
MST MINERALIEN SCHIFFAHRT           :
SPEDITION UND TRANSPORT             :
GMHB, *et. al.*                     :
---------------------------------------------------------------X

### ORDER AUTHORIZING DEPOSIT OF
### FUNDS INTO THE REGISTRY OF THE COURT

Upon the Joint Motion of the parties hereto, the UNITED STATES OF AMERICA and Defendants MST MINERALIEN SCHIFFARHT SPEDITION UND TRANSPORT GmbH and REEDEREI MS "MARGEURITA" GmbH & Co. GESCHLOSSENE INVESTMENT KG (collectively, "Parties"), for an Order approving and authorizing the deposit of funds into the Registry of the Court, and good cause appearing therefore, it is hereby,

**ORDERED** that the Parties' Joint Motion for Order Authorizing the Deposit of Funds into the Registry of the Court is **GRANTED**; and it is further

**ORDERED** that pursuant to the agreement of the parties, funds totaling One Million Seven Hundred and Fifty Thousand Dollars ($1,750,000.00) may be deposited into the Court's Registry to serve as security for the United States of America during the pendency of this matter; and it is further

**ORDERED** that the Clerk shall accept the above-referenced funds and deposit them into this Court's Registry, where the funds are to be held pending further order of this Court.

DATED this 12th day of July, 2018.

                                              /s/ Nancy Torresen_____
                                              U.S. Chief District Judge